UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HENSON,<br><br>             Petitioner,<br><br>      v.<br><br>DARREN GRIEM,<br><br>             Respondent. | No.  2:16-cv-1908-EFB P<br><br><br>ORDER |

Petitioner proceeds without counsel and seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He has paid the filing fee.  However, the court cannot the required review of the amended petition because petitioner has not signed it.  *See* ECF No. 5 at 20.  Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion, and other paper . . . be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented."  Fed. R. Civ. P. 11(a).  Because petitioner is not represented by counsel and did not sign the petition himself, it will be disregarded.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall strike the amended petition (ECF No. 5) from the docket.
2. Within thirty days, petitioner shall file a signed petition using the form employed by this court and stating all claims and prayers for relief.

/////

1

3.  Petitioner is cautioned that failure to file a signed petition pursuant to this order may result in the dismissal of this action.

DATED: August 18, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE